# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NICOLAS F., <br><br> Plaintiff, <br> vs. <br><br> ANDREW SAUL, <br> Commissioner of the Social Security Administration, <br><br> Defendant, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** <br><br> Case Number: 2:20-cv-00310-CMR <br><br> **Magistrate Judge Cecilia M. Romero** |

Before the court is Plaintiff's Motion to Dismiss (Motion) (ECF 27) in which Plaintiff seeks voluntary dismissal of his claim. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the court, hereby GRANTS the Motion. This matter is hereby ordered dismissed without prejudice.

DATED this 29 January 2021.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah